AO 91 (Rev. 08/09) Criminal Complaint

AUSA Kevin Mulcahy 313-226-9713
Special Agent Scott M. Smith, 313-234-4000



# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

**ORIGINAL**

United States of America
v.

Ron PRUITT

Case: 2:14-mj-30197
Judge: Unassigned,
Filed: 04-25-2014 At 02:21 PM
USA v. Ron Pruitt (CMP)(MLW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 25, 2014__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. sec. 841(a)(1) | Possession with intent to distribute a controlled substance, to wit: more than 100 grams of heroin |
| 21 U.S.C. sec. 841(a)(1) | Possession with intent to distribute a controlled substance, to wit: cocaine |
| 18 U.S.C. sec. 922(g) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

DEA Special Agent Scott M. Smith
Printed name and title

Sworn to before me and signed in my presence.

Date: April 25, 2014

City and state: Detroit, Michigan

_____
Judge's signature

R. Steven Whalen, United States Magistrate Judge
Printed name and title

I, Scott M. Smith, having been duly sworn, depose and state as follows:

1. I have been employed as a DEA Special Agent since March 2005. I am currently assigned to the Detroit Division Office, and authorized to conduct investigations of persons who engage in drug trafficking offenses, in violation of Title 21, United States Code, Sections 841 and 846. Previously, I was employed as a Special Agent with the United States Secret Service for over three years and also as a police officer in the City of Bowling Green, Ohio for over three years. During my career in law enforcement, I have been involved in numerous executions of search and seizure warrants, arrests for violations of state and Federal laws, and have authorized affidavits in support thereof.

2. This affidavit is submitted in support of arrest warrant for Ron PRUITT. For the reasons set forth below, I have probable cause to believe that on April 25, 2014, the defendant, Ron PRUITT: (1) knowingly, intentionally and unlawfully possessed with intent to distribute less than 500 grams of a mixture and substance containing a detectible amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1); (2) knowingly, intentionally and unlawfully possessed with intent to distribute 100 grams or more of a mixture and substance containing a detectible amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1); and (3) knowingly possessed, after sustaining a prior felony conviction, a firearm

1

which had traveled in interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

3. I have obtained the information contained in this affidavit from personal investigations and from reviewing information obtained from other law enforcement officers, as well as information provided by cooperating individuals.

4. Since February 2014, your affiant and others with the DEA have been investigating Ron PRUITT and his residence at 9554 Rutland Street, Detroit, Michigan 48227, for possible narcotics violations. As a result of this investigation, a State of Michigan search warrant was obtained for the residence of Ron PRUITT, 9554 Rutland Street, Detroit, MI 48227.

5. On April 25, 2014, the State of Michigan search warrant was executed at the residence of Ron PRUITT, 9554 Rutland Street, Detroit, MI 48227. Ron PRUITT, Shante PRUITT, and two minor children were located in the residence. During the subsequent search, the search team recovered:

**From the stairway leading upstairs of the residence:** 145 gross grams (gross grams includes the weight of the packaging material and the DEA evidence envelope) of suspected heroin, and a box containing .44 caliber ammunition;

**From a small safe in the upstairs master bedroom:** a .40 caliber Springfield handgun loaded with 9 rounds of ammunition; a .44 caliber Desert Eagle handgun loaded with 8 rounds of ammunition; an additional extended magazine

2

loaded with 23 rounds of ammunition, and other loose rounds of .40 caliber and .44 caliber ammunition;

**From a large safe in the upstairs master bedroom:** a 9mm Smith and Wesson handgun loaded with 9 rounds of ammunition and a black "Second Chance" ballistic vest;

**From behind drywall in the master bedroom closet:** an undetermined amount of U.S. currency and two bags containing approximately 195 gross grams of suspected heroin;

**From a cabinet in the kitchen:** 475 gross grams of suspected heroin and 65 gross grams of suspected cocaine

A presumptive field test was conducted for all items identified as suspected cocaine and suspected heroin, with positive results.

6. On April 24, 2014, a review of Ron PRUITT's criminal history revealed several previous felony convictions, to include receiving stolen property (1997), attempted delivery/manufacturing of a controlled substance (cocaine, heroin, or another narcotic) less than 50 grams (2008), delivery/manufacturing of marijuana (2008), delivery/manufacturing of marijuana (2009), attempted carrying a concealed weapon (2011), and possession of a controlled substance (cocaine, heroin, or another narcotic) less than 25 grams (2001).

3

7. After placing Ron PRUITT into custody, investigators advised him of his *Miranda* Rights, which he stated he understood and agreed to speak with investigators. PRUITT stated he maintained possession of a 9mm handgun inside of the residence for protection. PRUITT also stated for the past two to three months, he was receiving approximately 200 – 300 grams of heroin and two ounces of cocaine per week, which he stored in his residence.

8. On April 25, 2014, Alcohol, Tobacco, Firearms, and Explosives Special Agent Deon Hogan, an Interstate Nexus Expert, reviewed the history of the aforementioned firearms. Special Agent Hogan indicated that the firearms were manufactured outside the State of Michigan, thus had traveled in or affected foreign or interstate commerce.

4

9. Based on the foregoing, there is probable cause to believe that on April 25, 2014, Ron PRUITT: (1) knowingly, intentionally and unlawfully possessed with intent to distribute less than 500 grams of a mixture and substance containing a detectible amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1); (2) knowingly, intentionally and unlawfully possessed with intent to distribute 100 grams or more of a mixture and substance containing a detectible amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1); and (3) knowingly possessed, after sustaining a prior felony conviction, a firearm which had traveled in interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

_____
Scott M. Smith
Special Agent
Drug Enforcement Administration

Sworn and subscribed this

25th day of April, 2014.

_____
R. Steven Whalen
United States Magistrate Judge

5